MINERVA J. DUDLEY, as Administratrix, etc., Appellant, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Respondent.

(Argued March 19, 1885; decided April 14, 1885.)

*John W. Lyon* for appellant.

*Samuel Hand* for respondent.

Agree to affirm; no opinion.

All concur, except DANFORTH, J., not voting.

Judgment affirmed.